UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON WRIGHT,

Defendant.

Case. 1:26-cr-00101

Hon. HALA Y. JARBOU
Chief U.S. District Court Judge

________________________________/

**MOTION FOR REASSIGNMENT OF CASE**

The United States of America hereby moves for a reassignment of the above case for the reason that the case is related to *United States v. Brandon Wilder*, 1:26-cr-00098, assigned to the Honorable ROBERT J. JONKER. Magistrate Judge SALLY J. BERENS signed an Order of Related Case on September 30, 2026. The Felony Information was inadvertently filed prior to the Order of Related Case being signed, which resulted in this instant case being assigned to Judge Jarbou.

Wherefore, now that this case has been deemed related to *United States v. Wilder*, 1:26-cr-00098, the Government respectfully moves for a reassignment of the case to the Honorable ROBERT J. JONKER.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: September 30, 2026

*/s/ Austin J. Hakes*
AUSTIN J. HAKES
Assistant United States Attorney