UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDON WRIGHT,

Defendant.
________________________________/

Case No.: 1:26-cr-101

Hon. HALA Y. JARBOU
Chief United States District Judge

NOTICE OF RELATED CASE

The United States of America, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(c)(iii)(A), the above case is related to *United States v. Brandon Wilder*, Court No. 1:26-cr-98, assigned to Judge Robert J. Jonker, for the reason that the cases are based upon a substantial common nucleus of facts, events or transactions. Specifically, Defendants Wilder and Wright are both accused of unlawfully carrying away firearms from the same federal firearms licensee during the same time period. At trial, the government anticipates evidence will show that Wright and Wilder worked together in a common scheme to remove firearms unlawfully.

TIMOTHY VERHEY
United States Attorney

Dated: September 30, 2026

*/s/ Austin J Hakes*
AUSTIN J. HAKES
Assistant United States Attorney

O R D E R

The Court finds that the above case is related / not related.

________________________________
SALLY J. BERENS
Magistrate Judge